Decided March 23, 2005

---

TYRONE MONTGOMERY *v.* COMMISSIONER OF CORRECTION

The petitioner Tyrone Montgomery's petition for certification for appeal from the Appellate Court, 87 Conn. App. 903 (AC 24523), is denied.

*Michael A. D'Onofrio*, special public defender, in support of the petition.

*Michael E. Criscuolo*, special deputy assistant state's attorney, in opposition.

Decided March 23, 2005